IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOSHUA S. RIECHMANN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-00309-CV-W-GAF |
| | ) |
| JACKSON COUNTY, MISSOURI | ) |
| and JOE PICCININI, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is Defendants Jackson County, Missouri and Joe Piccinini (collectively "Defendants") Motion for Sanctions, requesting the Court impose sanctions on *pro se* Plaintiff Joshua S. Riechmann ("Plaintiff") for failing to comply with the discovery process. (Doc. # 35). For the reasons stated on the record, Defendants' Motion for Sanctions is GRANTED. Accordingly, Plaintiff's action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 19, 2018